UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, individually and on behalf of its members; Renae Mascol and Luis Rodriguez, on behalf of themselves and similarly situated individuals,<br><br>      Plaintiffs,<br><br>THE CITY OF NEW YORK; NEW YORK CITY FIRE DEPARTMENT; DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES; and JOHN and JANE DOES #1-20,<br><br>      Defendants. | **ORDER**<br><br>18 Civ. 4476 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference previously scheduled for November 26, 2019 is adjourned to **December 19, 2019 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    November 13, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge