UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                      Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (PGG) (SLC)

**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held in this matter today, January 13, 2020, the Court **ORDERS** as follows:

By **January 27, 2020**, each party shall submit a letter of no more than three (3) pages clearly setting forth two categories of remaining discovery: (1) discovery requests made to the opposing party to which no response has been submitted, or to which the response is deficient, with a brief explanation of the deficiency; and (2) any discovery requests made by the opposing party to which the party has objected, with a brief explanation of the basis for the objection.

A telephone conference is scheduled for **Wednesday, January 29, 2020 at 4:00 pm**. The parties are directed to jointly call Chambers at (212) 805-0214 at the scheduled time. At this conference, the Court shall set a schedule for the remainder of discovery and for briefing of the motion for class certification in this action.

Dated:     New York, New York
            January 13, 2020

                                      SO ORDERED

                                      _____
                                      SARAH L. CAVE
                                      United States Magistrate Judge