UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letters regarding outstanding discovery issues (ECF Nos. 72 and 77), and of the transcript of the proceedings held before Judge Gardephe on December 19, 2019 (ECF No. 75). Accordingly, during the March 5, 2020 telephone conference the parties must be prepared to discuss the issue of discovery bifurcation in addition to the contents of their letters.

Dated:     New York, New York
            February 13, 2020

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge