UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO, et al.,

Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's Order at ECF No. 79, by March 16, 2020, the Parties were to submit to the Honorable Judge Liman a joint proposed schedule that included a briefing schedule for class certification and the remaining case management deadlines in accordance with his individual practices. The parties have not done so, and are hereby ORDERED to submit a joint proposed schedule by **March 30, 2020.**

Dated:        New York, New York
              March 23, 2020

                                      SO ORDERED

                                      SARAH L. CAVE
                                      United States Magistrate Judge