UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

            Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

            Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' letter-motion seeking certain discovery from Defendants (ECF No. 84) (the "Motion"), and Defendants' response (ECF No. 85).  Pursuant to the discovery conference held today, May 7, 2020, the Court orders as follows:

1. Plaintiffs' request that Defendants provide the names and availability for deposition of the six individuals listed on page 2 of their Motion is DENIED, without prejudice to Plaintiffs' ability, should they choose, to serve a notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) seeking to identify those six individuals.

2. The parties are directed to continue to meet and confer regarding the "search terms that are appropriately targeted to locate Defendants' communications regarding promotional practices." (ECF No. 71 at 2).  If the parties are unable to agree on search parameters, they may each submit, by separate letters, their proposed search parameters for the Court's consideration by **Thursday, May 14, 2020**.  The Court will determine whether an additional telephone conference is necessary.  The parties should inform the Court by joint letter if they reach agreement.

3. Defendants are directed to serve a formal response to Plaintiffs' February 11, 2020 supplemental discovery demands.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 84.

Dated: New York, New York
May 7, 2020                                       SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge