UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL)(SLC)

**ORDER REGARDING ESI PROTOCOLS**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter at ECF No. 98 and Plaintiffs' letter at ECF No. 99 regarding ESI protocols and ORDERS as follows:

Defendants shall search the 24 custodians outlined in their letter (ECF No. 98) as well as the following six (6) custodians proposed by Plaintiffs who were involved in promotional interviews:

1. Andrea Montgomery – EMS Deputy Chief;
2. Pamela Lassiter – FDNY Chief Diversity Officer (until 2015);
3. Toma Acholonu – FDNY EEO representative;
4. Sabrina Jiggets – FDNY EEO representative;
5. Nneka Martin – FDNY EEO representative; and
6. Ruth Mariampolski, FDNY EEO representative.

Should discovery from these 30 custodians illustrate a compelling need for documents from additional custodians, Plaintiffs may renew their request for additional custodians at that time.

Dated:     New York, New York
            May 27, 2020                                       SO ORDERED

                                                                               _____
                                                                               SARAH L. CAVE
                                                                               United States Magistrate Judge