UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, July 7, 2020, the Court orders as follows:

1. By the end of the day, **July 7, 2020**, Defendants shall produce to Plaintiffs the FDNY EEO Interview Notes;

2. By **July 10, 2020**, Defendants shall produce documents pertaining to the five remaining promotional categories and shall produce the list of litigations, jury verdicts, settlements, etc.;

3. Plaintiffs are directed to re-serve their supplemental document demands, and Defendants shall serve their written responses and objections by **July 17, 2020**; and

4. The parties are directed to meet and confer regarding the ESI production timeline and production format (including metadata). By **July 10, 2020** that parties shall provide an update to the Court by letter, and if they are unable to agree on the timeline and format, they may each submit their respective proposals for the Court's consideration and ruling.

Dated:     New York, New York
            July 7, 2020                           SO ORDERED

                                                      _____
                                                      SARAH L. CAVE
                                                      United States Magistrate Judge