UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendants' Letter regarding its ESI production timeline (ECF No. 133), and Plaintiffs' Letter-Motion to Compel in response (ECF No. 134). On review of these submissions, the Court orders as follows:

1. As already scheduled, the parties are directed to meet and confer tomorrow, July 14, 2020 regarding the ESI search protocol issues raised in Plaintiffs' motion.

2. After the meet and confer, Defendants shall provide Plaintiffs an updated hit report.

3. By **end of day Thursday, July 16, 2020**, the parties shall provide the Court an updated status report.

The Court's will hold a status conference on **Friday, July 17, 2020 at 11:00 am** to discuss Defendants' ESI production. The parties are directed to call the Court's conference line: 866-390-1828, access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the Letter-Motion at ECF No. 134.

Dated:      New York, New York
               July 13, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge