UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                    Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, July 30, 2020, the Court Orders as follows:

1. As discussed, the Parties will aim to reach agreement on the ESI population by tomorrow, July 31, 2020 so that the document processing, review and work flow can be implemented over the next two weeks.

2. By **Monday, August 17, 2020** Plaintiffs shall submit a Letter Motion regarding their outstanding discovery requests, namely discovery related to the DCAS job analyses, the certification of the SEMSS title, and specialty units. Defendants' response is due on **August 27, 2020**, and Plaintiffs' reply is due **August 31, 2020**.

3. The Court is deferring further discussion of Plaintiffs' request regarding 30(b)(6) witnesses until after fact witness depositions have taken place.

A telephonic status conference is scheduled for **Wednesday, August 19, 2020 at 10:00 am**. The parties are directed to call the Court's conference line: 866-390-1828, access code: 380-9799, at the scheduled time.

Dated:  New York, New York
        July 30, 2020                                  SO ORDERED

                                                       _____
                                                       SARAH L. CAVE
                                                       United States Magistrate Judge

2