UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**AMENDED SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Scheduling order entered July 30, 2020 (ECF No. 143) is amended as follows:

The Court is deferring further discussion of Plaintiffs' request regarding 30(b)(6) witnesses until the next status conference, which is scheduled for Wednesday, August 19, 2020 at 10:00 am.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 144.

Dated:     New York, New York
             July 31, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge