UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

           Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, August 19, 2020, the Court orders as follows:

1. By **Monday, August 24, 2020**, Plaintiffs shall file their letter of no more than three (3) pages regarding the scheduling of the deposition of a 30(b)(6) Witness; and

2. By **Friday, August 28, 2020**, the parties shall have conducted the call with a DCAS analyst.

The Court will hold a discovery conference on **Tuesday, September 1, 2020 at 10:30 am** to discuss the status of Defendants' ESI production. The parties are directed to call the Court's conference line: 866-390-1828, access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             August 19, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge