UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                    Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Plaintiffs' Motion to Compel Discovery (ECF No. 150); Defendants' response in opposition (ECF No. 159); and Plaintiffs' reply (ECF No. 159). Having also heard from the parties in a discovery conference held today, September 1, 2020, the Court orders as follows:

1. Defendants have agreed to produce the first category of outstanding discovery identified by Plaintiffs: "All job analyses conducted by Defendant Department of Citywide Administrative Services ("DCAS") regarding EMS Lieutenant, Captain, Deputy Chief, and Division Chief/Commander, including those referenced in Defendants' Position Statement submitted to the EEOC on March 3, 2017 in this matter." (ECF No. 150).

2. Defendants contend that second category of outstanding discovery ("all documents related to the certification of the title Supervising EMS Specialist by the City's Office of Collective Bargaining" (ECF No. 150)) is publicly available on the website of the Office of Collective Bargaining. (ECF No. 159 at 2). By **September 4, 2020** Defendants shall provide Plaintiffs and the Court with the specific link to that information.

3. The Court DENIES WITHOUT PREJUDICE Plaintiffs' motion to compel with respect to the third category of requested documents, "documents and information . . . regarding appointment to EMS specialty unit assignments of Haztac and Rescue." Plaintiffs may renew this request if new information arises during depositions, or during merits discovery.

By **Friday, September 4, 2020**, the parties are to meet and confer regarding designating any of the City's scheduled fact witnesses as Federal Rule of Civil Procedure ("FRCP") 30(b)(6)

witnesses (in addition to serving as fact witnesses) for the topics identified by Plaintiffs in the FRCP 30(b)(6) Notice at ECF No. 152-1.

By **Thursday, September 10, 2020**, Defendants shall file a letter of no more than three pages notifying the Court of any outstanding issues regarding potential amendment of the protective order, and the designation of witnesses for the FRCP 30(b)(6) topics in ECF No. 152-1. Should they choose, Plaintiffs may file a separate letter of no more than three pages setting forth their position(s) as to amendment and/or the designation of witnesses for the FRCP 30(b)(6) topics in ECF No. 152-1.

The Court will hold a telephone conference on **Friday, September 11, 2020 at 11:00 am** to discuss the any outstanding discovery issues and the status of Defendants' ESI production. The parties are directed to call the Court's conference line: 866-390-1828, access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close the Motions at ECF Nos. 150 and 152.

Dated:     New York, New York
           September 1, 2020                             SO ORDERED

                                                         _____
                                                         SARAH L. CAVE
                                                         United States Magistrate Judge