UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

  against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, September 11, 2020, the Court orders as follows:

1. As soon as possible, and certainly no later than September 16, 2020, Defendants shall provide to Plaintiffs the availability (including dates in October) of Chief Fred Villani, Chief Alvin Suriel, Chief Jerry Gumbo, Chief Evan Suchecki, and Assistant Commissioner Margo Ferrandino, to serve as 30(b)(6) witnesses to cover the topics for which they have been designated in Defendants' September 10, 2020 letter (ECF No. 171).

2. The parties shall then meet and confer to schedule the deposition of a 30(b)(6) (including dates in October) to testify to any remaining topics in Plaintiff's August 19, 2020 Notice.

3. Defendants shall send to the Court's Chambers email address at Cave_NYSDChambers@nysd.uscourts.gov the link for the job analysis information on the Office of Collective Bargaining's website.

The Court will hold a telephone conference on **Thursday, September 17, 2020 at 9:00 am**. The parties are directed to call the Court's conference line: 866-390-1828, access code: 380-9799, at the scheduled time. By close of business **Wednesday, September 16**, **2020**, Defendants shall file a brief letter on the status of 30(b)(6) deposition scheduling.

The briefing schedule for Plaintiffs' motion for sanctions at ECF No. 164 continues to be stayed and will be reassessed at the next conference.

Dated:   New York, New York
         September 11, 2020                        SO ORDERED

                                                   _____
                                                   SARAH L. CAVE
                                                   United States Magistrate Judge