UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, September 21, 2020, the Court orders as follows:

1. By **Monday, September 28, 2020**, the parties shall file, for consideration by the Honorable Lewis J. Liman, a joint stipulation regarding the amended schedule for the remainder of class-certification discovery, briefing of Plaintiffs' motion for class certification, and Plaintiffs' withdrawal <u>without prejudice</u> of their Motion for Sanctions (ECF No. 164). To the extent the parties do not agree on individual deadlines, they set put forth their respective positions for Judge Liman's determination.

2. Plaintiffs may file a Letter-Motion regarding the alleged unproduced transactional employment data, to which Defendants may respond following the deadlines set forth in Magistrate Judge Cave's Individual Practices.

Dated:    New York, New York
           September 21, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge