UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a discovery dispute that arose during a deposition, relating to questions Defendants' counsel posed to the deponent about a prior disciplinary action for which there had been a stipulated settlement. Plaintiffs' counsel objected on relevance grounds to questions about the conduct on which the disciplinary action was based.

The Court ordered that Defendants' counsel could briefly inquire as to the nature of the activity that led to the disciplinary action. Should the deponent's answers reveal to Defendants' counsel that more in-depth questioning is necessary, Defendants may brief that request by Letter-Motion. The Court's full ruling is reflected in the Court's recording of the call, which can be made available for transcription at the request of the parties

Dated:     New York, New York
            September 25, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**