UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                      Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, November 2, 2020, the Court orders as follows:

1. Plaintiffs' motion for sanctions (ECF No. 164) continues to be held in abeyance pending the next conference with the Court as scheduled below.

2. The question of whether Defendants intend to assert the deliberative process privilege with respect to New York Civil Service Law § 59-b is held in abeyance pending the completion of class certification depositions and production of Defendants' privilege log.

3. The parties are expected to continue to meet-and-confer regarding scheduling of the remaining depositions. The Court understands the remaining depositions to be scheduled as follows:

    a. Liliane Bonsignore – deposition scheduled for November 6, 2020;

    b. Margo Ferrandino – deposition scheduled for November 10, 2020;

    c. Chief Jerry Gumbo – to be produced on November 17, 2020 from 9:30 am to 1:00 pm, and November 18, 2020 from 9:30 am to 1:00 pm;

    d. Nathan Chang – to be re-produced for three hours regarding the employee data spreadsheets;

    e. Chief Alvin Suriel – to be re-produced for two hours regarding his involvement with the FDNY promotional process from 2018 to 2020; and

    f. November 23, 2020 is held as a date for Defendants' witness on remaining topics pursuant to Fed. R. Civ. P. 30(b)(6), if necessary.

4. Plaintiffs' deadline to submit a reply in further support of the Motion to Compel at ECF No. 192 is extended from November 6, 2020 to **November 11, 2020**.

5. By **November 6, 2020**, Plaintiffs are directed to file a letter regarding any remaining topics on which they seek to depose a witness for Defendants pursuant to Fed. R. Civ. P. 30(b)(6).

**6.** By **November 6, 2020**, Defendants shall file a response to the Motion to Quash at ECF No. 201.  Plaintiffs' reply is due **November 13, 2020.**

7. Defendants are directed to make every effort to produce the non-electronic promotional records from January 2012 to May 2013 by **November 6, 2020**.  At the next conference, Defendants will be expected to update the Court on the status of production of these documents.

The Court will hold a telephone conference on **Monday, November 9, 2020 at 12:00 pm** to discuss the outstanding discovery issues set forth above. The parties are directed to call the Court's conference line at: 866-390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close the Motion at ECF No. 200.

Dated:	New York, New York
	November 2, 2020	SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge