UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a discovery dispute that arose during a deposition relating to questions Plaintiffs' counsel posed to the deponent regarding her designation as a Rule 30(b)(6) witness as opposed to a Rule 26 witness. Defendants' counsel objected on grounds that the question called for privileged attorney-client communication.

The Court ordered that Plaintiffs' counsel could revise the question to ask whether any non-attorney asked the deponent to give testimony on behalf of Defendant City of New York, as opposed to testimony in her personal capacity.

The Court's full ruling is reflected in the Court's recording of the call, which can be made available for transcription at the request of the parties

Dated:     New York, New York
            November 6, 2020

                                    SO ORDERED

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judg**