UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a discovery dispute that arose during a deposition relating to questions Plaintiffs' counsel posed to the deponent regarding the Noticed Rule 30(b)(6) topics. Defendants' counsel objected on grounds that the question called for information protected by the attorney-client privilege and/or the work product doctrine. The parties resolved their dispute by rewording of Plaintiffs' counsel's question, and by reference to the Court's ruling on their prior deposition dispute. (See ECF No. 209).

The Court's full ruling is reflected in the Court's recording of the call, which can be made available for transcription at the parties' request.

Dated:    New York, New York
            November 10, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judg**