UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' Letter-Motions at ECF Nos. 223 and 224 concerning outstanding discovery. The Court will discuss these motions at the conference scheduled for Wednesday, November 18, 2020 and Defendants need not respond until the Court sets a briefing schedule.

Dated:     New York, New York
            November 17, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge