UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Discovery concerning class certification closed in this matter on November 25, 2020. (ECF No. 189). At this time, the following motions related, at least in part, to class certification discovery are pending:

1. ECF No. 164 – Plaintiffs' Motions for Sanctions regarding discovery conduct;
2. ECF No. 192 – Plaintiffs' Motion to Compel outstanding discovery;
3. ECF No. 223 – Plaintiffs' Motion for Reconsideration of discovery ruling at ECF No. 212;
4. ECF No. 224 – Plaintiffs' Letter Motion to cure the testimony of Chief Booth;
5. ECF No. 231 – Plaintiffs' Letter Motion to compel affidavit language; and
6. ECF No. 245 – Plaintiffs' Letter Motion to compel demographic data.

Some of the issues raised in these motions are likely moot. At the conference on December 3, 2020, Plaintiffs' counsel indicated their intent to withdraw ECF Nos. 164, 223, 224 and 231 and file a single consolidated motion raising any remaining issues. In addition, Defendants have stated their intent to file a motion for leave to amend their answer. (ECF No. 252).

Accordingly, by **Thursday, December 17, 2020**, the parties are directed to meet and confer, and submit a joint letter to the Court regarding a briefing schedule for Plaintiffs' consolidated motion and Defendants' motion for leave to amend.

Dated:   New York, New York
         December 14, 2020

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2