UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, March 29, 2021**, Plaintiffs are directed to file a status letter of no more than two pages in length informing the Court:

1. Whether the parties have scheduled the date for the Rule 30(b)(6) Demographic Data Witness deposition;

2. Whether Plaintiffs have received the data legend Defendants were required to produce pursuant to the Court's March 5, 2021 and March 16, 2021 Orders (see ECF Nos. 353, 362); and

3. Whether Plaintiffs have been able to access the Demographic Data for which Defendants' counsel supplied a link on February 24, 2021.  (See ECF No. 351-4).

Dated:    New York, New York
            March 24, 2021                            SO ORDERED

                                                                     SARAH L. CAVE
                                                                       United States Magistrate Judge