UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed the parties' letters at ECF Nos. 384 and 385 regarding the data legends Defendants produced on April 12, 2021 (the "April 12, 2021 Legends"). By **April 21, 2021**, the parties shall meet and confer to discuss the issues Plaintiffs raise with the April 12, 2021 Legends. If the parties are unable to resolve consensually Plaintiffs' remaining questions, Plaintiffs may file a letter by **April 23, 2021** indicating what, if any, issues are outstanding.

Dated:    New York, New York
           April 14, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge