

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DONNA A. CANFIELD<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2461<br>email: dcanfiel@law.nyc.gov |
|---|---|---|

April 30, 2021

**BY ECF**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St. Room 702
New York, NY 10007-1312

        Re:    *Local 3621, et al., v. City of New York et al.*
                Civil Action Number: 18 CV 4476

Dear Magistrate Judge Cave:

        I write to respectfully request that the parties' discovery conference, currently scheduled for Tuesday, May 4, 2021, be adjourned until a date after May 13, 2021. I have consulted with Plaintiffs' counsel, who consents to this adjournment request.

        Defendants originally requested consent from Plaintiffs for a one-week adjournment, or until May 11, 2021, due to conflicts that prevented Defendants from appearing on May 4th in accordance with Your Honor's April 26, 2020 Order. [ECF 390]. However, because Plaintiffs are not available from May 11, 2021 through May 13, 2021, Defendants respectfully request that the discovery conference be rescheduled for a date after May 13, 2021.

        I thank the Court for its consideration of this request.

> Defendants' request to adjourn the telephone conference scheduled for May 4, 2021 (ECF No. 396) is GRANTED. The conference is rescheduled to **Tuesday, May 18, 2021 at 11:00 am**. The parties are directed to call the Court's conference line at: 866-390-1828; access code 380-9799, at the scheduled time. The Clerk of the Court is respectfully directed to close ECF No. 396.
>
> SO ORDERED     4/30/2021

Respectfully submitted,

ECF        /s/
_____
Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

    cc:    Yetta G. Kurland
            (by ECF)

*SARAH L. CAVE*
United States Magistrate Judge