UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, et al.,

                   Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                   Defendants.

CIVIL ACTION NO.: 18 Civ. 4476 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 26, 2021, the Court scheduled a telephone discovery conference to discuss the concerns Plaintiffs raise in their April 23, 2021 letter (ECF No. 389 (the "April 23, 2021 Letter")) about the data legends Defendants produced on April 12, 2021. (ECF No. 390). On April 30, 2021, at Defendants' request and with Plaintiffs' consent, the Court adjourned the conference to today, May 18, 2021, at 11:00 am. (ECF No. 397). Counsel for Defendants appeared at the conference. Plaintiffs' counsel did not appear, although the Court attempted to reach Plaintiffs' counsel by telephone and email to remind them of the call.

On May 18, 2021, Defendants filed a letter with exhibits responding to the 27 issues raised in the April 23, 2021 Letter. (ECF No. 402 (the "May 18, 2021 Letter")). Accordingly, Plaintiffs are directed to review the May 18, 2021 Letter, and, by **May 25, 2021**, advise the Court whether Defendants' responses resolve Plaintiffs' concerns about the 27 issues listed in the April 23, 2021 Letter, or, if not, whether a conference is necessary.

Dated:    New York, New York
            May 18, 2021                      SO ORDERED.

                                                                 SARAH L. CAVE
                                                                 United States Magistrate Judge