

THE KURLAND GROUP
ATTORNEYS AT LAW

> In light of the Court's Order at ECF No. 404 (the "5/18/21 Order"), Plaintiffs' request to adjourn yesterday's discovery conference (ECF No. 403) is DENIED WITHOUT PREJUDICE. Plaintiffs may renew their request in accordance with the directives in the 5/18/21 Order.
>
> The Clerk of Court is respectfully directed to close ECF No. 403.
>
> SO ORDERED     5/19/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

May 18, 2021

**VIA ECF**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

**Re:  Local 3621, et al v. City of New York, et al; Index No. 18-cv-04476 (LJL)(SLC)**

Your Honor:

I write to respectfully request an adjournment of today's discovery conference and to explain the clerical error that caused our office to mistakenly believe the conference was scheduled for 12:00pm Eastern Standard Time.

When the Court granted Defendants' April 30, 2021 request to adjourn this conference from May 4th to May 18th [ECF No. 397], I inadvertently entered the conference into our firm's calendar at 11:00am Central Standard Time, rather than Eastern. As such, it appeared in our calendar at 12:00pm today.

I apologize for the inconvenience this caused and respectfully request that the conference, which was scheduled "to discuss Plaintiffs' concerns about the April 12, 2021 Legend" [ECF No. 390], be rescheduled to enable Plaintiffs to do so.

Respectfully Submitted,

_____/s/_____
Erica T. Healey-Kagan

85 BROAD STREET
28th FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 2532

kagan@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.