```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LOCAL 3621, EMS OFFICERS UNION, DC-37,                             :
AFSCME, AFL-CIO, et al.,                                           :
                                                                   :
                              Plaintiffs,                          :    18-cv-4476 (LJL)
                                                                   :
        -v-                                                        :    ORDER
                                                                   :
THE CITY OF NEW YORK, et al.,                                      :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2021__

LEWIS J. LIMAN, United States District Judge:

On March 31, 2021, Magistrate Judge Sarah L. Cave issued a Report and Recommendation recommending that the Court grant in part and deny in part Plaintiffs' motion for an adverse inference, insofar as recommending that the Court deny the request for an adverse inference but grant sanctions in the form of reimbursement to Plaintiffs for reasonable attorneys' fees and costs for the motions at Dkt. Nos. 192, 267, 360, and 328. Dkt. No. 373. Magistrate Judge Cave advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and GRANTS IN PART and DENIES IN PART Plaintiffs' motion for sanctions as set forth in the Report and Recommendation.

The Clerk of Court is respectfully directed to close Dkt. No. 328.

SO ORDERED.

Dated: July 7, 2021
      New York, New York

                                         LEWIS J. LIMAN
                                    United States District Judge