**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO, et al.,

                    Plaintiffs,

   -against-                                                18 **CIVIL** 4476 (LJL)

                                                           **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, the motion for attorneys' fees is GRANTED IN PART and DENIED IN PART. It awards attorneys' fees and costs as follows: Ms. Kurland; Adjusted Hourly Rate: $650; Adjusted Hours, Total: 87.53. Total Lodestar: $56,894.50; Ms. Healey-Kagan; Adjusted Hourly Rate: $425; Adjusted Total Hours: 89.76. Total Lodestar: $38,148.00. Total Attorneys' Fees: $95,042.50. Total Costs: $10,807.39. Judgment is entered against Defendants in that amount.

**Dated:**  New York, New York

       March 22, 2022

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                               **BY:**    *K. Mango*
                                                              **Deputy Clerk**