UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS
UNION, DC-37, AFSCME,
AFL-CIO, et al.,

               Plaintiffs,                        **ORDER**

       -against-                        **18-CV-4476 (LJL) (JW)**

THE CITY OF NEW YORK, et al,

               Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 17, 2023, Plaintiffs wrote the Court requesting a conference to resolve various discovery disputes. Dkt. No. 459. Defendants opposed the submission on April 20, 2023. Dkt. No. 461.

Plaintiff's request for a discovery conference is GRANTED. The conference shall be held in-person in Courtroom 228, 40 Foley Square, on May 30, 2023 at 2:30 pm.

SO ORDERED.

DATED:   New York, New York
              April 24, 2023

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge