**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS
UNION, DC-37, AFSCME,
AFL-CIO, *et al.*,

                         Plaintiffs,

            -against-

THE CITY OF NEW YORK, *et al.*,

                        Defendants.
---------------------------------------------------------------X

**ORDER**

**18-cv-4476 (LJL) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 17, 2023, Plaintiffs wrote the Court requesting a conference to resolve four discovery disputes. Dkt. No. 459. Defendants opposed the submission on April 20, 2023. Dkt. No. 461.

The Court held a conference on May 30, 2023.

For the reasons discussed on the record, Plaintiffs' first discovery request is GRANTED in part. Defendants must produce "information regarding applicants, postings, demographic data, and other relevant information regarding the SEMSS positions… requested in Plaintiffs' Document Requests #2, #3, #9, #11, and #12." See Dkt. No. 459. However, Defendants need only produce information going back to 2004.

As was also discussed more fully on the record, in accordance with the Parties' representations that the remaining disputes are either resolved or not yet ripe for Court resolution, Plaintiffs' second, third and fourth requests are denied without prejudice.

The Parties are directed to request and order a transcript of the hearing and provide a copy to the Court.

SO ORDERED.

DATED:    New York, New York
          May 31, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge