UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS
UNION, DC-37, AFSCME,
AFL-CIO, *et al.*,

                          Plaintiffs,                  **ORDER**

              -against-

                                                   **18-cv-4476 (LJL) (JW)**

THE CITY OF NEW YORK, *et al.*,

                          Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' letters requesting an order compelling the depositions of specific individuals. Dkt. No. 476, 478, 479, 481. The Defendants object to the requests, asserting that the deposition of Dr. Christopher Erath "is premature", that Defendants have attempted to contact all noticed witnesses, and that Plaintiffs' 30(b)(6) notice is "vague, ambiguous, and not reasonably particularized." Dkt. No. 477.

By **5:30 pm on September 25th**, both Parties shall file letter motions detailing their arguments on any outstanding discovery disputes, including the six noticed witnesses listed in Plaintiff's letter (Dkt. No. 476) and the scope of the 30(b)(6) depositions. The letter motions should be no longer than five pages, double-spaced. No replies or sur-replies will be permitted.

       SO ORDERED.

DATED:    New York, New York
                September 6, 2023

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge