UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS
UNION, DC-37, AFSCME,
AFL-CIO, *et al.*,

                      Plaintiffs,                     **ORDER**

      -against-                        **18-CV-4476 (LJL) (JW)**

THE CITY OF NEW YORK, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 29th, the Plaintiffs requested a Local Rule 37.2 conference to resolve a discovery dispute. Dkt. No. 490. On December 4th, the Defendants submitted a letter opposing any Rule 37 relief. Dkt. No. 493. The Plaintiffs then submitted a Reply on December 5th. Dkt. No. 494.

The Parties shall appear for a discovery conference **on Wednesday, December 13th at 3:30 pm in Courtroom 228** of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
                December 6, 2023

                                              *Jennifer E. Willis*
                                         JENNIFER E. WILLIS
                                         United States Magistrate Judge