

January 11, 2024

**VIA ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

> The letter motion to adjourn the conference schedule for January 17, 2024 is GRANTED. The conference is adjourned sine die. Parties are directed to inform the Court when a new deadline for fact discovery is set so that the conference can be rescheduled for a time thereafter. The Clerk of Court is respectfully directed to close Dkt. No. 509.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> January 11, 2024

**Re:    Local 3621, et al v. City of New York, et al; Index No. 18-cv-04476 (LJL)(JW)**

Dear Judge Liman:

    We write pursuant to Your Honor's direction on December 8, 2023 that parties "inform the Court if the date for fact discovery is further adjourned" from January 12, 2024. [ECF No. 498].

    Pursuant to the Order of Magistrate Judge Willis dated December 20, 2023 [ECF No. 505], parties will be making a number of submissions to Judge Willis on January 16, 2024[1] including but not limited to a "joint letter…proposing a timeline for completing discovery." Therefore, parties do not yet know what the deadline will be for completion of fact discovery, but it is certain these deadlines will be adjourned.

    As such, Plaintiffs respectfully request that the Court adjourn the conference currently scheduled for January 17, 2024 by thirty (30) days to February 16, 2024, or as soon thereafter as the Court is available. Defendants consent to this request and parties will update Your Honor if a further adjournment becomes necessary once Magistrate Judge Willis has set dates for discovery deadlines. We thank the Court in advance for its time and consideration.

Respectfully Submitted

   /s/
Yetta G. Kurland

---

[1] The original deadline of January 15, 2024 was adjourned to January 16, 2024 by Order dated January 10, 2024 [ECF No. 508].

85 BROAD STREET
28th FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 532

kurland@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.