```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LOCAL 3621, EMS OFFICERS UNION, DC-37,                               :
AFSCME, AFL-CIO, et al.,                                             :
                              Plaintiffs,                            :
                                                                     :       18-cv-4476 (LJL)
        -v-                                                          :
                                                                     :            ORDER
THE CITY OF NEW YORK, et al.,                                        :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a telephone conference on this matter on February 9, 2024. This Order memorializes the Court's rulings at that conference. Defendants' Motion for the Court to set a briefing schedule, Dkt. No. 515, for its Motion for Judgment on the Pleadings, Dkt. No. 491, is GRANTED. Plaintiffs are directed to reply in opposition to the Motion for Judgment on the Pleadings by May 13, 2024. Defendants are directed to respond in support of the Motion for Judgment on the Pleadings by May 29, 2024. The Court reserves judgment with respect to Plaintiffs' Motion to Convert Defendants' Motion to a Rule 56 Motion. Dkt. No. 495. Parties are directed to meet and confer and inform the Court by February 23, 2024, whether they consent to the Court treating the Motion for Judgment on the Pleadings as a Rule 56 Motion.

   SO ORDERED.

Dated: February 9, 2024                     _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge