UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO *et al.*,

                      Plaintiffs,

-against-

THE CITY OF NEW YORK *et al.*,

                      Defendants.
------------------------------------------------------------------X

**ORDER**

**18-cv-4476 (LJL) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 20th, the Parties submitted a joint letter related to the expert conferences this Court ordered on April 26th. See Dkt. Nos. 564 (citing Dkt. No. 553).

The Court is extremely pleased that the Parties "came to an agreement that would resolve all remaining outstanding issues with Defendants' production of the Demographic Data." Dkt. No. 564 at 1. Reviewing the joint submission, both Parties appear to agree that "following resolution of the outstanding issues…[the Parties] will be able to agree on a final data set that all Parties will rely upon going forward." Dkt. No. 564-1 at 13.

Yet, the Parties do raise concerns. Plaintiffs claim that Defendants' letter "seems to exclude significant portions of what the Parties agreed to…" Dkt. No. 564 at 2. Still, the Plaintiffs say that they "will continue to attempt to meet and confer with Defendants on this issue" but ask for a conference to be scheduled in the interim.

Defendants, on the other hand, argue, "many of the items…are outside the scope of this letter and have not been agreed upon." DKt. No. 564 at 3. Similar to the Plaintiffs, Defendants also affirm they "intend to continue to engage in good faith

discussions about the parameters of such a production." Dkt. No. 564 at 5. Defendants seek an extension to July 20th to provide another joint update.

First, the Court denies Plaintiffs' request for a conference at this time. The Parties should continue to meet and confer on possible resolutions of the Demographic Data issues. The Court fully expects the Parties to work in good faith to iron out any remaining issues with the data and, as both Parties have indicated, "agree on a final data set that all Parties will rely upon going forward."

Second, the Court grants the Defendants' request for **an extension to July 20th.** The Parties shall submit a joint update by that date.

Third, the Court reminds the Parties that the previous Order stated, "while the experts are not limited to the Court's verbatim language in that Order, they are restricted to the specific issues identified in the Order. Those issues, as indicated in the last Order, **are only: 1) leave data and 2) promotional data**." Dkt. No. 559 (citing Dkt. No. 553 at 11–12)(emphasis in original).

Fourth, the Court also notes that Judge Liman held a conference on April 23rd in which he reiterated that "this case has been pending for a long time" and that the Parties should "figure out ways to prioritize the discovery that is truly necessary and bring this case to a head." See Transcript, (April 23, 2024) at 48. Thus, the Parties should be expeditiously moving to complete all outstanding discovery—not solely the Demographic Data—as quickly as possible. **Additional extensions are not guaranteed**.

Finally, the Court reiterates that failure to abide by these directives could result in sanctions.

SO ORDERED.

DATED: New York, New York
June 28, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge