August 5, 2024

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

**Re:** Local 3621, et al v. City...

Dear Magistrate Judge Willis:

The parties write jointly... [ECF No. 570] in response to t... regarding production of annu... approximately thirty (30) minutes on Friday August 1, 2024.

> This joint request is GRANTED. The Parties shall confer and update the Court **by August 16th**. If the Parties are unable to resolve the issue, the Parties must submit simultaneous letter motions due by **6 pm on August 21st**. **The Parties are reminded of Judge Liman's directive to complete any remaining discovery expeditiously**. No further extensions are guaranteed.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> August 6, 2024

Parties have agreed to explore the possibility of producing annual performance evaluations without the need for motion practice. As such, Defendants ask that their motion be held in abeyance so that parties can determine if they will be able to resolve this dispute without motion practice.

Parties will update the Court no later than August 16, 2024 as to their efforts and if parties are unable to agree, will propose a briefing schedule for Defendants' motion at that time.

We thank the Court for its time and attention.

Respectfully Submitted,

/s/  
Yetta G. Kurland  
The Kurland Group  
Attorneys for Plaintiffs

/s/  
Laura C. Williams  
New York City Law Department  
Attorneys for Defendants