```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO, individually and on behalf of its
members, RENAE MASCOL, and LUIS RODRIGUEZ,
on behalf of themselves and on behalf of all other
similarly-situated individuals,

                              Plaintiffs,

      -v-

CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------------------X

18-cv-4476

ORDER

LEWIS J. LIMAN, United States District Judge:

At the hearing on April 23, 2024, it was represented to the Court that discovery should be complete within 12 weeks. Dkt. No. 557 at 40. Far more than 12 weeks have passed.

Accordingly, summary judgment motions and renewed motions for class certification shall be filed no later than September 20, 2024. The parties shall work with Judge Willis to ensure that discovery is completed well within the time frame necessary for such motions to be made.

    SO ORDERED.

Dated: August 7, 2024
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge