UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO *et al.*,

                         Plaintiffs,

     -against-

THE CITY OF NEW YORK *et al.*,

                        Defendants.
------------------------------------------------------------------X

**ORDER**

**18-cv-4476 (LJL) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Judge Liman recently issued an order that class certification and summary judgment motions must be filed by October 11th. Dkt. No. 574, 577. The Parties have several pending discovery disputes. Dkt. Nos. 567–570, 576, 578–580. In light of the October 11 deadline, the Plaintiffs have requested expedited rulings on the pending disputes. Dkt. No. 576.

On **Friday, August 23rd at 12 pm** the Parties shall appear for oral argument in Courtroom 228 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The Parties must be prepared to discuss all pending discovery issues. Further, the Parties are directed to confer prior to the conference in an attempt to resolve all remaining discovery disputes. At the conference on Friday, the Parties shall identify for the Court which disputes remain unresolved.

Finally, while the Court has not yet determined whether additional depositions are necessary, when the Parties confer, they shall also discuss the availability of the potential witnesses and a proposed timeline to complete any ordered depositions.

SO ORDERED.

DATED:   New York, New York
           August 20, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge