UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO *et al.*,

                      Plaintiffs,

      -against-

THE CITY OF NEW YORK *et al.*,

                      Defendants.
------------------------------------------------------------------X

**ORDER**

**18-cv-4476 (LJL) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Between 3 pm and 5:47 pm on Friday, the Court received two more letters from the Parties. Dkt. No. 591–592. Clearly, the City prematurely sought Court intervention on the 34 missing names as Plaintiffs' most recent letter agrees to "locate and produce not only the thirty-four (34) names of women and people of color missing from the BITs Dataset that they initially discovered, but any additional names they discover as a courtesy to Defendants." Dkt. No. 592. Defendants' request is DENIED as moot.

Plaintiffs' request to interrogate experts on deficiencies in the BITs data is DENIED as premature. Defendants still have time to provide updated, remedied BITs data.

As directed in the Court's previous Order, the Parties shall confer on a deposition schedule and **propose dates by September 6th**. The Plaintiffs' request to schedule a deposition over Labor Day weekend for Tuesday is unreasonable and is also DENIED.

2

SO ORDERED.

DATED:   New York, New York
         August 30, 2024

*Jennifer E. Willis*

_____
JENNIFER E. WILLIS
United States Magistrate Judge