```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,           :
AFSCME, AFL-CIO, individually and on behalf of its :
members, RENAE MASCOL, and LUIS RODRIGUEZ,       :
on behalf of themselves and on behalf of all other :
similarly-situated individuals,                   :
                                                  :         18-cv-4476
                           Plaintiffs,            :
                                                  :         ORDER
          -v-                                     :
                                                  :
CITY OF NEW YORK, et al.,                         :
                                                  :
                           Defendants.            :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024

LEWIS J. LIMAN, United States District Judge:

Plaintiffs' request that the Court reject as untimely Defendants' objections, Dkt. No. 601, is DENIED.

The parties are directed to meet and confer prior to noon on September 18, 2024, to determine whether they can narrow the issues under dispute.

Plaintiffs are directed to respond to Defendants' objections no later than noon on September 18, 2024.

The parties are reminded that class discovery has long since closed and that, the Court having previously denied the motion for class certification, this case now is proceeding as an individual action.

The Court will hold a hearing in Courtroom 15C, 500 Pearl Street, New York, NY 10007 on September 19, 2024 at 10 AM. Defendants' obligations to respond to the subject discovery order, Dkt. No. 590 are suspended pending a ruling on Defendants' objections. The Court expects to issue a ruling after hearing argument at the hearing. The deadlines for motions for

summary judgment and the renewed motion for class certification are firm.

SO ORDERED.

Dated: September 17, 2024
      New York, New York

                                                  LEWIS J. LIMAN
                                     United States District Judge