```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LOCAL 3621, EMS OFFICERS UNION, DC-37,                               :
AFSCME, AFL-CIO, individually and on behalf of its                   :
members, RENAE MASCOL, and LUIS RODRIGUEZ,                           :
on behalf of themselves and on behalf of all other                   :        18-cv-4476
similarly-situated individuals,                                      :
                                                                     :           ORDER
                                Plaintiffs,                          :
                                                                     :
        -v-                                                          :
                                                                     :
CITY OF NEW YORK, et al.,                                            :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on October 1, 2024. At the status conference, the Court asked counsel to identify all outstanding discovery issues that have been presented to the undersigned or to Judge Willis. The Court resolved all outstanding discovery issues with the exception of Plaintiffs' challenge to Defendant's privilege log dated September 20, 2024. Accordingly, as agreed by counsel at the conference, the Court will deem all such issues to be resolved regardless whether they were presented to Judge Willis or to the undersigned, with the exception of the privilege log issue.

The Court requested additional submissions with respect to Plaintiffs' challenge to the privilege log. By October 7, 2024, Plaintiffs shall submit all documents produced for the first time in merits discovery (*i.e.*, not produced during the class discovery phase of this case) over which Defendant has asserted a claim of privilege that Plaintiffs contend is improper.

Defendant shall respond within forty-eight (48) hours of Plaintiffs' submission.

SO ORDERED.

Dated: October 1, 2024
      New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge