```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,          :
AFSCME, AFL-CIO, individually and on behalf of its :
members, RENAE MASCOL, and LUIS RODRIGUEZ, :
on behalf of themselves and on behalf of all other :
similarly-situated individuals,                  :     18-cv-4476
                                                 :
                        Plaintiffs,              :     ORDER
                                                 :
        -v-                                      :
                                                 :
CITY OF NEW YORK, et al.,                        :
                                                 :
                        Defendants.              :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/2/2024__

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on October 1, 2024. At the conference, the Court set the following trial schedule:

(1) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by June 13, 2025.

(2) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by June 20, 2025.

(3) A final pre-trial conference is scheduled for July 9, 2025 at 11:00 AM and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(4) The jury trial will begin on July 21, 2025 at 10:00 AM and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

At the status conference, the parties expressed a desire to be referred to the designated magistrate judge for settlement. This case has been referred to Magistrate Judge Jennifer E. Willis for general pretrial matters including settlement. *See* Dkt. No. 61; Notice of Reassignment dated February 4, 2022. The parties are directed to contact the chambers of Judge Willis.

SO ORDERED.

Dated: October 2, 2024
      New York, New York

                                     LEWIS J. LIMAN
                              United States District Judge