

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LAURA C. WILLIAMS**
Assistant Corporation Counsel
Phone: (212) 356-2435
E-mail: lawillia@law.nyc.gov

November 29, 2024

**By ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:   *Local 3621, EMS Officers Union, DC-37, AFSCME, AFL-CIO v. City of New York et al.*
              No. 18-cv-4476 (LJL)(JW)

Dear Magistrate Judge Willis:

      We represent defendants in the above-referenced action. We write pursuant Your Honor's Standing Order For All Cases Referred to Settlement to respectfully request an adjournment of the settlement conference, currently scheduled for December 10, 2024 at 11:30 a.m. This is defendants' first request for an adjournment of this settlement conference, and plaintiffs' counsel consents to this request.

      This adjournment is requested in light of several circumstances which have delayed defendants' ability to obtain settlement authority before the December 10th conference. Specifically, both counsel currently assigned to this matter have, respectively, over the past month since this conference was scheduled, appeared in a more than week-long federal trial and prepared for a federal trial that recently settled. In addition, both counsel prepared, finalized, and, on November 19th, filed, defendants' motion for summary judgment in this matter. *See* ECF Dkt. Nos. 649-57. Accordingly, defendants request adjournment of the December 10th conference to allow additional time to obtain settlement authority. Together with this request, defendants also request an adjournment of the pre-settlement call scheduled for December 2, 2024 at 12:15 p.m. This Office is conferring with plaintiffs' counsel about availability to reschedule the conference in January 2025, and will provide mutually agreeable dates as soon as practicable.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/

Laura C. Williams
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)

> The request is GRANTED. The pre-settlement conference scheduled December 2, 2024 and the settlement conference scheduled December 10, 2024 are ADJOURNED SINE DIE. The parties are directed to contact Courtroom Deputy Christopher Davis via email by December 5, 2024 at WillisNYSDChambers@nysd.uscourts.gov and provide mutual acceptable dates for a settlement conference and a pre-settlement conference in January 2025. The pre-settlement conference is to be one week prior to the settlement conference. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
>
> December 2, 2024