```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LOCAL 3621, EMS OFFICERS UNION, DC-37, :
AFSCME, AFL-CIO, *individually and on behalf of its* :
*members*, RENAE MASCOL, and LUIS RODRIGUEZ, :
:                                                           18-cv-4476 (LJL)
            Plaintiffs,                          :
:                                                                ORDER
    -v-                                                 :
:
CITY OF NEW YORK, NEW YORK CITY FIRE :
DEPARTMENT, and DEPARTMENT OF CITYWIDE :
ADMINISTRATIVE SERVICES,              :
:
            Defendants.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference in this matter today, October 9, 2025. As indicated on the record at the conference:

      Notwithstanding Local Civil Rule 6.3, Plaintiffs are permitted until November 7, 2025, to move for reconsideration of the Court's Opinion and Order dated September 30, 2025. *See* Dkt. No. 713. Defendants are likewise permitted until November 7, 2025, to file a renewed motion for summary judgment. Responses to those motions shall be due December 12, 2025, and replies shall be due December 22, 2025.

      By way of separate order, the Court will refer the parties to Magistrate Judge Jennifer Willis for settlement discussions.

      SO ORDERED.

Dated: October 9, 2025
      New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge