UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOCAL 3621, EMS OFFICERS UNION, DC-37,
AFSCME, AFL-CIO, individually and on behalf
Of its members, RENAE MASCOL, and LUIS
RODRIGUEZ, on behalf of themselves and on
Behalf of all other similarly-situated individuals,

                                Plaintiffs,                              **ORDER**
                                                                           **18-CV-4476 (LJL) (JW)**
          -against-

CITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

       This matter has been referred for settlement.  Dkt. No. 716.

       Should the Parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **as soon as possible** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in **October and November**.  Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

       Parties must attend in person with their counsel.  **The Parties should be prepared for the settlement conference to last all day.** Corporate Parties must send the person with decision-making authority to settle the matter to the conference.

       The Parties **are required** to prepare *ex-parte* letters and counsel for each Party must send the Court by email a letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be sent to the other parties. <u>The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov.</u> This *ex parte* letter

must not exceed three pages…The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and (d) any other facts that would be helpful to the Court in preparation for the conference.").

SO ORDERED.

DATED:   New York, New York
         October 9, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge