UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

LOCAL 3621, EMS OFFICERS UNION, DC-37, AFSCME, AFL-CIO, *individually and on behalf of its members*, RENAE MASCOL, and LUIS RODRIGUEZ,

Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY FIRE DEPARTMENT, and DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES,

Defendants.

------------------------------------------------------------------------ x

**JUDGMENT**

18 Civ. 4476 (LJL)(JW)

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

For the reasons stated in the Court's Opinion and Order, dated September 30, 2025 (Dkt. No. 713), on Defendants' motion for summary judgment, dated November 19, 2024, as further interpreted by the Court's October 2, 2026 Order (Dkt. No. 759),

1. The following claims by Plaintiffs Renae Mascol and Luis Rodriguez are DISMISSED WITH PREJUDICE as waived, withdrawn, or otherwise abandoned in response to Defendants' summary judgment arguments:

    a. all claims against the New York City Fire Department ("FDNY") and the New York City Department of Citywide Administrative Services ("DCAS") (Dkt. No. 713 at 2 (citing Dkt. No. 689 at 10 n. 10); Dkt. No. 759 at 4);

    b. all claims of disparate treatment on the basis of race (Dkt. No. 713 at 2 (citing Dkt. No. 689 at 19, 21, 21 & n. 20); Dkt. No. 759 at 4);

    c. plaintiff Rodriguez's claims of disparate treatment on the basis of disability under Title VII of the Civil Rights Act of 1964, 42 U.S.C.

§ 2000e-2 *et seq.* ("Title VII") and the New York State Human Rights Law, N.Y. Exec. L. § 296 *et seq.* ("NYSHRL") (Dkt. No. 713 at 2 (citing Dkt. No. 689 at 21 & n. 20); Dkt. No. 759 at 4);

d. all constitutional due process claims brought under 42 U.S.C. § 1983 (Dkt. No. 713 at 2 (citing Dkt. No. 689 at 3 n. 3); Dkt. No. 759 at 4); and

e. all claims brought under 42 U.S.C. § 1981 (Dkt. No. 713 at 2 (citing Dkt. No. 643-1); Dkt. No. 759 at 4).

2. Defendants' motion is GRANTED in part, thereby DISMISSING WITH PREJUDICE the following claims:

a. Plaintiff Mascol's disparate treatment claims on the basis of gender under Title VII, the NYSHRL, and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 *et seq.* ("NYCHRL") (Dkt. No. 689 at 17; Dkt. No. 713 at 53; Dkt. No. 759 at 4); and

b. Plaintiff Mascol and Rodriguez's Title VII, NYSHRL, and NYCHRL disparate impact claims for the year 2014 and thereafter (Dkt. No. 689 at 17; Dkt. No. 713 at 53; Dkt. No. 759 at 4).

3. Plaintiff Rodriguez's claim for disparate treatment under the NYCHRL for disability discrimination is DISMISSED WITHOUT PREJUDICE to filing in the state courts (Dkt. No. 689 at 21; Dkt. No. 713 at 57).

4. For the reasons stated in the Court's Opinion and Order, dated September 10, 2026 (Dkt. No. 755), Defendants' motion for summary judgment, dated November 7, 2025, is GRANTED and Plaintiff Mascol and Rodriguez's

disparate impact claims under Title VII, NYSHRL, and NYCHRL, for the years before 2014, are DISMISSED WITH PREJUDICE (Dkt. No. 731 at 8–28; Dkt. No. 755 at 2, 18, 31; Dkt. No. 759 at 4).

5. All claims by Plaintiff Local 3621, EMS Officers Union, DC-37, AFSCME, AFL-CIO are DISMISSED WITHOUT PREJUDICE for lack of standing in response to Defendants' summary judgment arguments (Dkt. No. 713 at 2, 60 (citing Dkt. No. 689 at 31–33); Dkt. No. 759 at 4).

Accordingly, the case is closed.

Dated: New York, New York
October 27, 2026

**Tammi M. Hellwig**
**Clerk of Court**

By: [signature]
**Deputy Clerk**